

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ELIZABETH MUNOZ, | § | No. 08-19-00072-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D02421) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **November 8, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John L. Williams, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before November 8, 2019.

IT IS SO ORDERED this 9th day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.